# EXHIBIT A

# SUMMONS - CIVIL
**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

JD-CV-1 Rev. 2-13
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

See page 2 for instructions

| | |
|---|---|
| ☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500. | TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint. |
| ☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more. | |
| ☐ "X" if claiming other relief in addition to or in lieu of money or damages. | |

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 95 Washington Street, P. O. Drawer D, Station A, Hartford, CT 06106 | (860) 548-2700 | September 24, 2013 |

| ☒ Judicial District ☐ Housing Session | G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) HARTFORD | Case type code (See list on page 2) Major: C  Minor: 90 |
|---|---|---|---|

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Consumer Law Group, LLC, 35 Cold Spring Road, Suite 512, Rocky Hill, CT 06067 | 414047 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| (860) 571-0408 | |

Number of Plaintiffs: 2    Number of Defendants: 1    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Dentamaro, Carol<br>Address: 16 Chasse Drive, East Windsor, CT 06088 | P-01 |
| Additional Plaintiff | Name: Stavol, Glenn<br>Address: 16 Chasse Drive, East Windsor, CT 06088 | P-02 |
| First Defendant | Name: Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services<br>Address: 101 N. Phillips Avenue, Sioux Falls, SD 57104<br>c/o Corporation Service Company, 50 Weston Street, Hartford, CT 06120 | D-01 |
| Additional Defendant | Name:<br>Address: | D-02 |
| Additional Defendant | Name:<br>Address: | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left Hailey R. Gallant | Date Signed 08/13/2013 |
|---|---|---|---|

**If this Summons is signed by a Clerk:**
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

ATTEST: A TRUE COPY
Nancy Marino
CONNECTICUT MARSHAL
HARTFORD COUNTY

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date |
|---|---|---|

Name and address of person recognized to prosecute in the amount of $250
**Dora P. Fernandez, 35 Cold Spring Road, Suite 512, Rocky Hill, CT 06067**

| Signed (Official taking recognizance; "X" proper box) | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Date 08/13/2013 | Docket Number |
|---|---|---|---|

(Page 1 of 2)

## Instructions

1. Type or print legibly; sign summons.
2. Prepare or photocopy a summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. The party recognized to pay costs must appear personally before the authority taking the recognizance.
6. Do not use this form for the following actions:

   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters).
   (b) Summary process actions.
   (c) Applications for change of name.
   (d) Probate appeals.
   (e) Administrative appeals.
   (f) Proceedings pertaining to arbitration.
   (g) Any actions or proceedings in which an attachment, garnishment or replevy is sought.

### ADA NOTICE

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Contracts | C 00 | Construction - All other |
| | C 10 | Construction - State and Local |
| | C 20 | Insurance Policy |
| | C 30 | Specific Performance |
| | C 40 | Collections |
| | C 90 | All other |
| Eminent Domain | E 00 | State Highway Condemnation |
| | E 10 | Redevelopment Condemnation |
| | E 20 | Other State or Municipal Agencies |
| | E 30 | Public Utilities & Gas Transmission Companies |
| | E 90 | All other |
| Miscellaneous | M 00 | Injunction |
| | M 10 | Receivership |
| | M 20 | Mandamus |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
| | M 40 | Arbitration |
| | M 50 | Declaratory Judgment |
| | M 63 | Bar Discipline |
| | M 66 | Department of Labor Unemployment Compensation Enforcement |
| | M 68 | Bar Discipline - Inactive Status |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
| | M 82 | Housing Civil Matters |
| | M 83 | Small Claims Transfer to Regular Docket |
| | M 84 | Foreign Protective Order |
| | M 90 | All other |
| Property | P 00 | Foreclosure |
| | P 10 | Partition |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | P 30 | Asset Forfeiture |
| | P 90 | All other |

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | T 03 | Defective Premises - Private - Other |
| | T 11 | Defective Premises - Public - Snow or Ice |
| | T 12 | Defective Premises - Public - Other |
| | T 20 | Products Liability - Other than Vehicular |
| | T 28 | Malpractice - Medical |
| | T 29 | Malpractice - Legal |
| | T 30 | Malpractice - All other |
| | T 40 | Assault and Battery |
| | T 50 | Defamation |
| | T 61 | Animals - Dog |
| | T 69 | Animals - Other |
| | T 70 | False Arrest |
| | T 71 | Fire Damage |
| | T 90 | All other |
| Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | V 05 | Motor Vehicles* - Property Damage only |
| | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | V 09 | Motor Vehicle* - All other |
| | V 10 | Boats |
| | V 20 | Airplanes |
| | V 30 | Railroads |
| | V 40 | Snowmobiles |
| | V 90 | All other |
| | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | W 90 | All other |

JD-CV-1  Rev. 2-13

| | |
|---|---|
| RETURN DATE: SEPTEMBER 24, 2013 | SUPERIOR COURT |
| CAROL DENTAMARO and GLENN STAVOL INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | JUDICIAL DISTRICT OF |
| Plaintiffs | HARTFORD |
| v. | |
| WELLS FARGO BANK, N.A. d/b/a. WELLS FARGO DEALER SERVICES, Defendant | AUGUST 13, 2013 |

## CLASS ACTION COMPLAINT

### INTRODUCTION

1. Carol Dentamaro and Glenn Stavol (also hereinafter referred to as "Plaintiffs") bring this consumer class action on behalf of themselves and all individuals (the "Class Members") whose statutory rights were violated when their watercraft were repossessed by defendant, Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services. ("Wells Fargo"). Plaintiffs allege that, in connection with their transaction and those of the Class Members, Wells Fargo violated Article 9 of the Uniform Commercial Code ("U.C.C.") by providing them notice that the disposition of their watercraft would be by public sale and subsequently disposing of their watercraft by private sale. Plaintiffs bring this action as a class action proceeding in accordance with Practice Book §9-7 *et seq.* Plaintiffs seek

actual, statutory and punitive damages, and attorney's fees and costs for themselves and the Class Members.

2. The plaintiffs are over the age of 18, and they bring this action on behalf of a class of others similarly situated.

## PARTIES

3. Plaintiffs are individuals residing in East Windsor, Connecticut.

4. Defendant Wells Fargo is a national bank with corporate offices in San Francisco, CA that is engaged in, among other things, extending loans to consumers that are secured by watercraft.

5. Each year, thousands of consumers finance watercraft through Wells Fargo, and each year scores of these watercraft are repossessed by Wells Fargo.

## PLAINTIFFS' TRANSACTION

6. On May 15, 2008, Plaintiffs entered into a Marine Note and Security Agreement (the "Note") with Wachovia Dealer Services a predecessor of Wells Fargo.

7. The Note was secured by a 1997 Carver 504 Aft Cabin watercraft ("Plaintiffs' Watercraft").

8. Wells Fargo sent Plaintiffs with written notice of its intention to sell Plaintiffs' Watercraft, but the notices provided by Wells Fargo all indicated that disposition would be by public disposition at a public sale.

9. Wells Fargo disposed of Plaintiffs' Watercraft by private sale.

## CLASS CLAIM AND ALLEGATIONS

10. Plaintiffs bring this action as a class action. The class is comprised of natural persons (the "Class Members") who are similarly situated to the Plaintiffs in that, within three years of the commencement of this action:

   a. They entered into loan agreements with Wells Fargo or its predecessor;

   b. The loan agreements were secured by Class Members' watercraft;

   c. Class Members' watercraft were subsequently repossessed by Wells Fargo; and

   d. Wells Fargo disposed of their watercraft by private sale after having provided notice that disposition would be by public sale.

11. The class is so numerous that it would be impractical to join all of the members in a single proceeding. Plaintiffs are unable to state the precise number of potential Class Members because that information is exclusively in the possession of Wells Fargo and readily available through discovery. Plaintiffs are informed and reasonably believe, and on that basis allege, that the potential class exceeds forty individuals.

3

12. There is a community of interest among the members of the proposed class in that there are questions of law and fact common to the proposed class that predominate over questions affecting only individual members.

13. Plaintiffs' claims are typical of those of the class that they seek to represent.

14. Plaintiffs will fairly and adequately represent the interests of the Class. They are represented by counsel who is competent and experienced in both repossession and class action litigation.

15. The common claims of law and fact predominate over any individual questions. The only individual issue is the identification of the class members, a matter capable of ministerial determination from Wells Fargo's records.

16. A class action is superior to other methods for the fair and efficient adjudication of the controversy. Because the damages suffered by individual Class Members are relatively small compared to the expense and burden of litigation, it would be impracticable and economically infeasible for Class Members to seek redress individually. The prosecution of separate actions by the individual Class Members, even if possible or likely, would create a risk of inconsistent or varying adjudication with respect to the claims asserted by individual Class Members and could create incompatible standards of conduct for Wells Fargo.

17. Wells Fargo disposed of the watercraft that were owned by Plaintiffs and the Class Members by private sale after having provided notice that disposition would be by public sale.

18. Wells Fargo failed to provide Plaintiffs and the Class Members with written notice that disposition would be by private sale and the date after which a private disposition would take place, as required by Uniform Commercial Code (U.C.C.) § 9-613 and § 9-614.

19. Wells Fargo is liable to Plaintiffs and the Class Members pursuant to U.C.C. § 9-625(c)(2) for ten-percent of the amount financed under their loan agreements plus the credit service charge or time-price differential under their contracts.

**WHEREFORE**, Plaintiffs seek the following relief for themselves and the Class Members:

    a.     Damages in an amount in excess of $15,000;

    b.     Statutory damages pursuant to U.C.C. § 9-625(c)(2).

    c.     With respect to those Class Members residing in jurisdictions where failure to comply with Article 9 of the U.C.C. provides a defense to a deficiency claim, a declaration that no deficiency is owing;

    d.     Costs

**PLAINTIFFS, CAROL DENTAMARO and GLENN STAVOL, PLAINTIFFS**

By: _____
Daniel S. Blinn
Hailey R. Gallant
Consumer Law Group, LLC
35 Cold Spring Road
Rocky Hill, CT 06067-9997
Tel (860) 571-0408; Fax (860) 571-7457
Juris No. 414047

ATTEST:
A TRUE COPY
_Nancy ___ Marino_
CO... ...MARSHAL
HARTFORD COUNTY

6