UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAROL DENTAMARO and GLENN STAVOL ) <br> INDIVIDUALLY AND ON BEHALF OF ALL OTHERS ) <br> SIMILARLY SITUATED ) <br>     Plaintiffs ) <br> ) <br> v. ) <br> ) <br> WELLS FARGO BANK, N.A. D/B/A ) <br> WELLS FARGO DEALER SERVICES, ) <br>     Defendant ) | CASE NO.: <br> 3:13-CV-01369-AWT <br><br><br><br><br><br><br><br> JUNE 11, 2014 |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiffs, Carol Dentamaro and Glenn Stavol, through their attorney, and the defendant, Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services, through their attorneys, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice and without costs or attorney's fees.

                                                 Plaintiffs, Carol Dentamaro and Glenn Stavol, Individually and on behalf of all others similarly situated

                                                 By /s/ Daniel S. Blinn
                                                     Daniel S. Blinn  (ct 02188)
                                                     Consumer Law Group, LLC
                                                     35 Cold Spring Road, Suite 512
                                                     Rocky Hill, CT  06067
                                                     Tel: (860) 571-0408
                                                     Fax: (860) 571-7457
                                                     dblinn@consumerlawgroup.com

2

       Defendant, Wells Fargo Bank, N.A.
       d/b/a Wells Fargo Dealer Services

     By /s/ David M. Bizar
       David M. Bizar (ct20444)
       Seyfarth Shaw LLP
       World Trade Center East
       Two Seaport Lane, Suite 300
       Boston, MA  02210
       Tel: (617) 946-4874
       Fax: (617) 790-5368
       dbizar@seyfarth.com

### CERTIFICATION

 I hereby certify that on this 11th day of June, 2014, a copy of the foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Daniel S. Blinn
      Daniel S. Blinn